IN THE UNITED STATES BANKRUPTCY COURT, DISTRICT OF PUERTO RICO

IN RE: ANGEL LUIS FIGUEROA MERCED  Bankruptcy Number: 14-03336-BKT

MARIA DEL ROSARIO LOPEZ CRESPO  Chapter 13

**STANDING CHAPTER 13 TRUSTEE §341 MEETING MINUTES AND REPORT ON CONFIRMATION**

Petition Filing Date: 04/27/2014　　　　　　First Meeting Date: 05/29/2014 at 8:00AM

Days From Petition Date: 32　　　　　　　　341 Meeting Date: 05/29/2014 at 8:00AM

910 Days Before Petition: 10/28/2011　　　　Confirmation Hearing Date: 06/27/2014 at 2:30PM

Chapter 13 Plan Date: 04/19/2014 ☐ Amended　　Plan Base: $25,500.00　Plan Docket #2

This is Debtor(s) _____ Bankruptcy petition.　　This is the _____ scheduled meeting.

Payment(s) ☐ Received or ☐ Evidence shown at meeting:　　Total Paid In: $425.00

Check/MO# _____

Date: _____　Amount: $ _____

*APPEREANCES:　☐ Telephone　　☐ Video Conference

Debtor: ☐ Present ☒ Absent ☐ ID & Soc. OK　　Joint Debtor: ☐ Present ☒ Absent ☐ ID & Soc. OK

☐ Examined　☒ Not Examined under Oath　　☐ Examined　☒ Not Examined under Oath

Attorney for Debtor(s): ☒ Not Present ☐ Present

Name of Attorney Present (Other than Attorney of Record): _____

☐ Pro-se

☐ Creditor(s) Present　　☒ None

_____

*ATTORNEY FEES AS PER R 2016(b) STATEMENT:

Attorney of Record: JUAN O CALDERON LITHGOW*

Total Agreed: $3,000.00　　Paid Pre-Petition: $400.00　　Outstanding (Through the Plan): $2,600.00

*TRUSTEE'S REPORT ON CONFIRMATION & STATUS OF §341 MEETING

Debtor(s) Income is (are) ☐ Under　☐ Above Median Income　　Liquidation Value: $ TBD

Commitment Period is　☐ 36 months　☐ 60 months §1325(b)(1)(B)　　Projected Disp. Inc.: $ TBD

The Trustee:　☐ NOT OBJECTS　☐ OBJECTS　Plan Confirmation　Gen. Uns. Approx. Dist.: ____ %

§341 Meeting    ☐ CONTINUED    ☑ NOT HELD    ☐ CLOSED    ☐ HELD OPEN FOR ____ DAYS

§341 Meeting Rescheduled for: _____

Comments: Neither Debtors nor their attorney appeared or gave an excuse for their absence. Case was called at 8:37 AM.

*TRUSTEE WILL FILE MOTION TO DISMISS:
-Failure to Appear

/s/ Jose R. Carrion, Esq.      Meeting Date: May 29, 2014
    **Trustee**

/s/ Alexandra Rodriguez, Esq.
    **Presiding Officer**